**Order entered March 26, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01248-CV

## CITY OF TERRELL, TEXAS, AND MIKE SIMS, INTERIM CITY MANAGER OF THE CITY OF TERRELL, IN HIS OFFICIAL CAPACITY, Appellants

## V.

## FREDERICK GEORGE EDMONDS, ET AL., Appellees

**On Appeal from the County Court at Law No. 2**
**Kaufman County, Texas**
**Trial Court Cause No. 103352-CC2**

### ORDER

On the Court's own motion, we **REMOVE** this appeal from submission on April 9, 2020. Accordingly, we **DENY** appellees' request for a telephonic appearance on April 9, 2020 as moot. The appeal will be reset for submission in due course.

/s/    DAVID J. SCHENCK
PRESIDING JUSTICE